EDMUND FISCHER v. THE BOARD OF ADJUSTMENT OF THE TOWN OF WESTFIELD.

Oct. 30, 1979.   Petition for certification denied.

ALAN C. SUGARMAN v. U. S. LIFE TITLE INSURANCE CO.

Oct. 30, 1979.   Petition for certification denied.

IN THE MATTER OF THE DECEMBER 28, 1976 RATE FILING FOR COMMUNITY–RATED BUSINESS BY THE HOSPITAL SERVICE PLAN OF NEW JERSEY.

Oct. 30, 1979.   Petition for certification denied.

HARRY N. GREEN v. STANLEY BITTNER, JR.

Oct. 30, 1979.   Petition for certification granted.

HENRY PRINGLEY, SR.

v.

STATE OF NEW JERSEY, DIVISION OF TAXATION, SALES TAX BUREAU.

Oct. 30, 1979.   Petition for certification denied.

IN THE MATTER OF AN INCREASE IN FEES BY NEW JERSEY STATE BOARD OF DENTISTRY.

Oct. 30, 1979.   Petition for certification granted.